UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES H. MURUNGI                                          CIVIL ACTION

VERSUS                                                          NO: 11-1823

TOURO INFIRMARY, ET AL.                            SECTION: "H"(5)

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate
Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and
Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and
adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendants' motion to dismiss (R. Doc. 165) is **GRANTED** and that
plaintiff's suit is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE